JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JASON SCHUMANN,                    ) | Case No. CV 16-09020-SVW (JDE) |
|         Petitioner,        ) | |
|         v.               ) | JUDGMENT |
| CLARK DUCART, Warden,               ) | |
|         Respondent.        ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated:   January 30, 2018

_____
STEPHEN V. WILSON
United States District Judge